UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LOPIANO | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION, ET AL | : |
| Defendants | : AUGUST 4, 2022 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendants, Costco Wholesale Corporation and Costco Wholesale Membership, Inc., hereby submit this Notice of Removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Stamford/Norwalk at Stamford with a Return Date of August 2, 2022 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendants are corporations with principal places of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed $2,500.00.  However, while the defendants deny plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of

which may exceed $75,000.00. A copy of the Summons and Complaint filed in Stamford/Norwalk Superior Court is attached hereto as Exhibit "A".

The defendants have, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court (without exhibit) is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendants submit a Civil Cover Sheet attached hereto as Exhibit "C".

THE DEFENDANTS,

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT LOPIANO | : CIVIL NO. |
| Plaintiff | : |
| v. | : |
| COSTCO WHOLESALE CORPORATION, ET AL | : |
| Defendants | : AUGUST 4, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2022 a copy of the defendants' Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANTS,

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov |
|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street | (203) – 965-5308 | 08/02/2022 |

| ☒ Judicial District<br>☐ Housing Session | G.A.<br>☐ Number: | At (City/Town)<br>STAMFORD | Case type code (See list on page 2)<br>Major: T   Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| LAMPERT, TOOHEY & RUCCI, LLC, 46 Main Street, New Canaan, CT 06840 | 420060 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 20 ) 3 – 403-0931 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)<br>jason@ltr-law.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: **LOPIANO, VINCENT**<br>Address: **15 West Norwalk Road, Darien, CT 06820** | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: **COSTCO WHOLESALE CORPORATION**, 999 Lake Dr., Issaquah, WA 98027; c/o Agent for Service: CT<br>Address: **CORPORATION SYSTEM, 67 Burnside Ave., East Hartford, CT 06108** | D-01 |
| Additional defendant | Name: **COSTCO WHOLESALE MEMBERSHIP INC.**, 999 Lake Dr., Issaquah, WA 98027; c/o Agent for Service:<br>Address: **CT CORPORATION SYSTEM, 67 Burnside Ave., East Hartford, CT 06108** | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

ORIGINAL

| Date<br>06/29/2022 | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>Jason P. Gladstone / 405756 |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

| For Court Use Only |
|---|
| File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

| | |
|---|---|
| RETURN DATE: AUGUST 2, 2022 | : SUPERIOR COURT |
| VINCENT LOPIANO | : J.D. STAMFORD/NORWALK |
| VS. | : AT STAMFORD |
| COSTCO WHOLESALE CORPORATION; AND COSTCO WHOLESALE MEMBERSHIP, INC. | : JUNE 29, 2022 |

## COMPLAINT

1. At all times mentioned herein, the Plaintiff is an individual residing in Darien, Connecticut.

2. At all times mentioned within this Complaint, the defendants COSTCO WHOLESALE CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC. (hereinafter collectively "COSTCO) owned, maintained, possessed and controlled, all of the premises located at 779 Connecticut Avenue, Norwalk, Connecticut (hereinafter "Premises").

3. The Premises owned and operated by COSTCO was a retail store that was open to the public and sold various goods, merchandise and food items, etc.

4. Among the statutory duties imposed upon the defendant COSTCO was the duty to keep and maintain the elevator to the parking garage in a reasonably safe condition.

5. On December 23, 2020, at approximately 11:00 a.m. the plaintiff entered the elevator and was returning to his vehicle which was parked in the garage when the elevator malfunctioned causing the Plaintiff to become stuck in the elevator.

Law Offices of
LAMPERT, TOOHEY & RUCCI, LLC
46 Main Street, New Canaan, CT 06840
(203) 972-8100   FAX (203) 972-8716
Juris No. 420060

1

6. At that time and place when the elevator malfunctioned, the doors of the elevator remained partially open but not enough for the Plaintiff to exit the elevator.

7. At that time and place, when the employees of the Defendant, COSTCO, became aware of the situation they called the Norwalk Fire Department.

8. At that time and place and prior to the arrival of the Fire Department's emergency personnel, several of the COSTCO employees affirmatively instructed the Plaintiff to help to try to pry the door open when suddenly, and without warning, the elevator doors closed thereby trapping and crushing the plaintiff's right hand and causing him to sustain and suffer personal injuries and losses hereinafter set forth.

9. The injuries and losses were caused by a breach of statutory duty by the defendant in one or more of the following ways:

    a.    In that the defendant failed to warn the plaintiff of the dangerous, defective, and unsafe condition of the elevator, which the plaintiff could not reasonably be expected to anticipate;

    b.    In that it failed to conduct reasonable and timely inspections of the elevator to ascertain the defective and dangerous condition which existed causing the elevator doors to malfunction;

    c.    In that the defendant knew or should have known of the defective condition but failed, refused or neglected to warn the plaintiff of said dangers;

    d.    In that the defendant instructed the plaintiff to place himself in a dangerous, perilous and unsafe position within the elevator;

 e. In that the defendant knew or should have known that instructing the plaintiff to place himself in a dangerous, perilous and unsafe position within the elevator would cause said injuries;

 f. Failed, refused, or neglected to delay attempting to free the plaintiff and properly await for the Norwalk Fire Department or any other qualified person to free the plaintiff.

10. As a result of the negligence and carelessness and their breach of duty to the plaintiff, the plaintiff suffered serious physical injuries including:

 a. Right hand pain and swelling;

 b. Right thumb pain and swelling;

 c. Right hand lacerations, abrasions and contusions;

 d. Blood clots;

 e. Muscle spasms;

 f. Headaches;

 g. Loss of sleep;

 h. General feeling of malaise.

11. As a further result of the foregoing injuries, the plaintiff has suffered the additional injuries, some of which may be permanent.

 a. has incurred and will continue to incur medical, hospital, drug, medical equipment and therapeutic expenses in the future;

 b. has suffered and will continue to experience pain and suffering in the future;

3

    c. has suffered and will continue to suffer mental anguish, mental anxiety and emotional distress in the future;

    d. has suffered permanent impairment of his ability to carry on life's activities which he had enjoyed before the accident;

12. The Plaintiff is entitled to recover from the Defendant money damages to compensate him for injuries sustained and losses incurred as a direct and proximate result of the defendants' negligence and carelessness.

WHEREFORE, the Plaintiff claims:

1. Money damages;
2. Costs;
3. Such other and further relief as in law or equity may appertain.

THE PLAINTIFF,

BY_____/405756
Jason P. Gladstone, Esq.
Lampert, Toohey & Rucci, LLC
46 Main Street
New Canaan, CT 06840
Tel. (203) 972-8100
Juris No. 420060

4

RETURN DATE: AUGUST 2, 2022 : SUPERIOR COURT

VINCENT LOPIANO : J.D. STAMFORD/NORWALK

VS. : AT STAMFORD

COSTCO WHOLESALE CORPORATION; AND
COSTCO WHOLESALE MEMBERSHIP, INC.   : JUNE 29, 2022

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00), exclusive of interest and costs.

THE PLAINTIFF,

BY _____ /405756
Jason P. Gladstone, Esq.
Lampert, Toohey & Rucci, LLC
46 Main Street
New Canaan, CT 06840
Tel. (203) 972-8100
Juris No. 428060

5

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. FST-CV22-6057457-S | : | SUPERIOR COURT |
| VINCENT LOPIANO | : | J.D. OF STAMFORD/NORWALK |
| VS. | : | AT STAMFORD |
| COSTCO WHOLESALE CORP., ET AL | : | AUGUST 4, 2022 |

## NOTICE OF REMOVAL

The defendants, Costco Wholesale Corporation and Costco Wholesale Membership, Inc., hereby give notice that they have removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

THE DEFENDANTS,

/s/400462
Miles N. Esty, Esq.
Esty & Buckmir, LLC
2285 Whitney Avenue
Hamden, CT 06518
Tel. No. 203-248-5678
Juris No. 415435

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

## CERTIFICATE OF SERVICE

    I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Lampert Toohey & Rucci LLC
46 Main Street
New Canaan, CT 06840

                                              \_\_\_\_/s/400462_____
                                              Miles N. Esty, Esq.
                                              Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2285 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Fax 203-288-9974   Juris No. 415435

# EXHIBIT C

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Vincent Lopiano | Costco Wholesale Corporation; Costco Wholesale Membership, Inc. |
| **(b)** County of Residence of First Listed Plaintiff   Fairfield<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>Lampert Toohey & Rucci, LLC, 46 Main Street, New Canaan, CT 06840, 203-403-0931 | Attorneys *(If Known)*<br>Miles Esty, Esq., Esty & Buckmir, LLC, 2285 Whitney Avenue, Hamden, CT 06518, 203-248-5678 |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332
Brief description of cause:
Alleged premises liability resulting in alleged personal injury

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 08/04/2022
SIGNATURE OF ATTORNEY OF RECORD: /s/ Miles N. Esty

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____